IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND            Master Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

This Document Relates to:
Plaintiffs listed in Exhibit A

Considering the parties' Stipulated Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of

Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice. The

Complaint of Plaintiffs' listed in Exhibit A attached hereto are hereby dismissed in entirety, with

prejudice. Each party shall bear its own costs.

 SO ORDERED this 10th day August 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


  Distributed Electronically to Registered Counsel of Record

# EXHIBIT A

| Plaintiff Name | Filing No. |
|---|---|
| McMullin, Tarrance B. | 1:16-cv-00216 |
| Mann, Heather A. | 1:16-cv-00240 |
| Ortiz, Kristi J. | 1:16-cv-00244 |
| Mafield, David | 1:16-cv-00251 |
| Madison, Charles Edward | 1:16-cv-01985 |
| Molsbee, Wanda G. | 1:17-cv-01132 |
| Lee, Mark A. | 1:17-cv-01951 |
| Macdonald, Liam | 1:17-cv-01952 |
| Mack, Daniel A. | 1:17-cv-01953 |
| Matuszak, Thomas J. | 1:17-cv-01955 |
| McNeil, Debbie | 1:17-cv-01979 |
| Miller, John George | 1:17-cv-01981 |
| Mobley, Allen | 1:17-cv-01984 |
| Norberg, Donald E. | 1:17-cv-01988 |
| Peterson, Elvin | 1:17-cv-01989 |
| Payne, Terry L. | 1:17-cv-02123 |
| Milczarzyk, Frank | 1:17-cv-03172 |
| Molina-Ortiz, Carmen | 1:17-cv-03173 |
| Leslie, Susan E. | 1:17-cv-03205 |
| Lowe, Santana L. | 1:17-cv-03206 |
| Lozano, Salvador B. | 1:17-cv-03213 |
| Lunsford, Karen D. | 1:17-cv-03214 |
| McCant, Rosemary | 1:17-cv-03218 |
| Mendoza, Delia | 1:17-cv-03220 |
| Pile, Andrew T. | 1:17-cv-03222 |
| Potts, Lawrence A. | 1:17-cv-03224 |
| Lundy, James W. | 1:17-cv-03245 |
| Patterson, Douglas W. | 1:17-cv-03246 |
| Mustardo, Robert | 1:17-cv-03701 |
| Lemieux, Diana M. | 1:17-cv-03716 |
| McGuire, Randall | 1:17-cv-03730 |
| Polk, Lewis | 1:17-cv-03766 |
| Perry, Lola M. | 1:17-cv-03768 |
| Phillips, Robert L. | 1:17-cv-03847 |
| McCabe, Carolyn | 1:17-cv-03850 |
| Melvin, Mary B. | 1:17-cv-03862 |
| Pouliot, Assunta | 1:17-cv-03868 |
| McGhee, Dolores J. | 1:17-cv-03902 |

| | |
|---|---|
| Morin, Norman J. | 1:17-cv-03903 |
| McConito, Dorothy | 1:17-cv-03931 |
| Pearson, Ernestine | 1:17-cv-03934 |
| Lewis-Prothro, Denise | 1:17-cv-03935 |
| McKown, Sherri C. | 1:17-cv-04062 |
| Lozano, Jorge A. | 1:17-cv-04081 |
| McKenzie, Geraldine | 1:17-cv-04083 |
| Matson, Chad E. | 1:17-cv-04131 |
| Miller, Suzanne | 1:17-cv-04183 |
| Pitts, Eileen | 1:17-cv-04186 |
| Lewis, Carolyn | 1:17-cv-04223 |
| Maier, Adolph | 1:17-cv-04253 |
| Metz, Thomas G. | 1:17-cv-04260 |
| McClure, Lisa | 1:17-cv-04436 |
| Loftis, John F. | 1:17-cv-04452 |
| Pepper, Arlan G. | 1:17-cv-04497 |
| Leahr, Thelma | 1:18-cv-00684 |
| Lecklikner, Philip | 1:18-cv-00685 |
| Lord, Jann M. | 1:18-cv-00686 |
| Manning, Willie | 1:18-cv-00687 |
| Marshall, Denise | 1:18-cv-00688 |
| McConville, Michael | 1:18-cv-00708 |
| Mitchell, Annette | 1:18-cv-00747 |
| Nester, Delores J. | 1:18-cv-00843 |
| Parker, Michael L. | 1:18-cv-00847 |
| Lee, Wanda | 1:18-cv-01290 |
| Pruden, Richard  W. | 1:18-cv-03875 |
| Locke, Lauren N. | 1:19-cv-00927 |
| Massey, Yvetta L. | 1:19-cv-01540 |
| Metcalf, Valerie D. | 1:19-cv-01631 |
| McGinnis, Joy | 1:19-cv-01675 |
| Powell, Richard T. | 1:19-cv-01775 |
| Meighan, Grace A. | 1:19-cv-01792 |
| Prothe, Lester A. | 1:19-cv-01795 |
| Muff, Leonard | 1:19-cv-01881 |
| Morris, Richard Allen | 1:19-cv-01967 |
| Navarro, Consolacion F. | 1:19-cv-02001 |
| Muscarello, James Kevin | 1:19-cv-02094 |
| Pope, Cheryl Lynn | 1:19-cv-02340 |
| Pegg, Daniel Lynn | 1:19-cv-02536 |
| Murphy, Raymond | 1:19-cv-02747 |

| | |
|---|---|
| Proffitt, Ward Douglas | 1:19-cv-02763 |
| McClain, Willie | 1:19-cv-02771 |
| Lopez, Jose Antonio | 1:19-cv-02772 |
| Middleton, Deborah L. | 1:19-cv-02969 |
| Page, Joyce Marie | 1:19-cv-02990 |
| Nicholson, Cheryl Jean | 1:19-cv-03114 |
| Marshall, Virginia D. | 1:19-cv-03116 |
| Plum, Jerry Ruth | 1:19-cv-03177 |
| McKenna, Joseph | 1:19-cv-03236 |
| Mangold, Raymond | 1:19-cv-03237 |
| Moore, Tiwonna R. | 1:19-cv-03240 |
| Moschetto, Elizabeth Ann | 1:19-cv-03379 |
| Ledlow, Mike | 1:19-cv-03525 |
| Meadows, Kimberly | 1:19-cv-03587 |
| Popham, Tony | 1:19-cv-03790 |
| Miller, George Edward Jr. | 1:20-cv-00689 |
| Mack, Mary | 1:20-cv-00690 |
| Mulero, Edwin | 1:20-cv-02967 |
| Lott, Rodney | 1:20-cv-03244 |
| Myers, Bonnie | 1:21-cv-00060 |
| Nicolls, Theresa | 1:21-cv-00144 |